**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AUDREY HERBERTSON,

   Plaintiff,         Case No.: 1:24-cv-07206

v.               Judge Andrea R. Wood

THE PARTNERSHIPS AND UNINCORPORATED  Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

**NOTICE OF DISMISSAL**

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 18 | ZHENGLSYISHU |
| 5 | qinzhiyue |
| 12 | ZRYC |
| 24 | FANCHANGYINGMAIYIFU |

DATED: October 17, 2024     Respectfully submitted,

               */s/ Keith A. Vogt*
               Keith A. Vogt (Bar No. 6207971)
               Keith Vogt, Ltd.
               33 W. Jackson Blvd., #2W
               Chicago, Illinois 60604
               Telephone:312-971-6752
               E-mail: keith@vogtip.com

               ***ATTORNEY FOR PLAINTIFF***

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 17, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt